# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00515-CV

**Robert Jones, Appellant**

**v.**

**Shirley Ross Jones, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. FM006151, HONORABLE SUSAN D. SHEPPARD, JUDGE PRESIDING

Appellant Robert Jones filed a motion to withdraw appeal, requesting that this Court dismiss his appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).


Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: January 10, 2002

Do Not Publish